No. 306.  SHELDON DOLE LEMAN ET AL., EXCUTORS, ETC. v. SIDNEY C. EASTMAN, TRUSTEE, ETC., ET AL.  Error to the Supreme Court of the State of Illinois.  Motions to dismiss submitted October 11, 1920.  Decided November 8, 1920. *Per Curiam.*  Dismissed for want of jurisdiction upon the authority of: (1) *Reetz* v. *Michigan*, 188 U. S. 505, 508; *United States* v. *Heinze*, 218 U. S. 532, 545–546; *Lott* v. *Pittman*, 243 U. S. 588, 591; *Ex parte Abdu*, 247 U. S. 27, 30. (2) *Castillo* v. *McConnico*, 168 U. S. 674, 683; *Standard Oil Co.* v. *Missouri*, 224 U. S. 270, 281; *McDonald* v. *Oregon Railroad & Navigation Co.*, 233 U. S. 665, 669–670; *Gasquet* v. *Lapeyre*, 242 U. S. 367, 369–370.  *Mr. Henry W. Leman* for plaintiffs in error.  *Mr. Carl V. Wisner,* for Eastman, defendant in error.  *Mr. Salmon O. Levinson, Mr. Benjamin V. Becker, Mr. Irwin T. Gilbruth* and *Mr. John P. Barnes,* for Northern Trust Company, defendant in error.